UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE TIMES COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>　　　　　　　Defendant. | C13-1463 TSZ |
| SEATTLE TIMES COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LEATHERCARE, INC.,<br><br>　　　　　　　Defendant,<br><br>　　v.<br><br>TOUCHSTONE SLU LLU; and<br>TB TS/RELP LLC,<br><br>　　　　　　　Third-Party Defendants. | C15-1901 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　Having reviewed the Joint Status Report, docket no. 360, filed by the parties in Case No. C15-1901, the stay of execution of the Judgment, C15-1901, docket no. 271, and Supplemental Judgment, C15-1901, docket no. 337, is hereby LIFTED.

MINUTE ORDER - 1

(2)     Having reviewed the Joint Status Report, docket no. 199, filed by the remaining parties in Case No. C13-1463, the Court SETS the following dates and deadlines:

| **BENCH TRIAL DATE (5-7 days)**[1] | **August 9, 2021** |
|---|---|
| Dispositive motions filing deadline | May 13, 2021 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions)[2] | May 20, 2021 |
| Agreed pretrial order,[3] trial briefs, proposed findings of fact and conclusions of law, and any deposition testimony designations due | July 23, 2021 |
| Pretrial conference scheduled for | July 30, 2021 at 10:30 a.m. |

---

[1] Counsel shall be prepared to proceed with a virtual bench trial, if necessary. Information about virtual proceedings is available at https://www.wawd.uscourts.gov/attorneys/remotehearings. If the parties reach a settlement in principle, they shall notify the Court at (206) 370-8830.

[2] Because this matter involves a bench trial, the Court will not consider motions in limine other than those relating to expert testimony. Any motions concerning expert testimony shall be filed by the deadline set forth above and noted for the third Friday after filing. Such motions will be considered together with any dispositive motions.

[3] The agreed pretrial order shall be filed in CM/ECF and also attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov. Notwithstanding Local Civil Rule 16.1, the exhibit list included in the agreed pretrial order shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

MINUTE ORDER - 2

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of December, 2020.

William M. McCool  
Clerk

s/Gail Glass  
Deputy Clerk

MINUTE ORDER - 3