1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

13

SEATTLE TIMES COMPANY,

Plaintiff,

v.

TRAVELERS CASUALTY AND
SURETY COMPANY as successor-in-
interest to AETNA CASUALTY AND
SURETY COMPANY,

Defendant.

C13-1463 TSZ

ORDER

14

15

16

Counsel for defendant having telephonically advised the Court that this matter has

been resolved, and counsel for plaintiff having confirmed via email that no issue remains

for the Court's determination,

17

18

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with

prejudice and without costs.

19

20

In the event settlement is not perfected, either party may move to reopen and trial

will be scheduled, provided such motion is filed within **60** days of the date of this Order.

21

22

The Clerk is directed to CLOSE this case and to send a copy of this Order to all

counsel of record.

23

ORDER - 1

1     IT IS SO ORDERED.

2     Dated this 6th day of May, 2021.

 

 

Thomas S. Zilly
United States District Judge